286 So.2d 57

**In re Harry WHIPPLE**

**v.**

**STATE.**

**Ex parte Harry Whipple.**

**SC 552.**

Supreme Court of Alabama.

Oct. 25, 1973.

Malone, Steele & Alexander, Athens, for petitioner.

No brief for the State.

MERRILL, Justice.

Petition of Harry Whipple for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Whipple v. State, 51 Ala. App. ——, 286 So.2d 52.

Writ denied.

HEFLIN, C. J., and HARWOOD, MADDOX and FAULKNER, JJ., concur.

278 So.2d 198

**In re Hugh Gray WHISTENANT**

**v.**

**STATE.**

**Ex parte Hugh Gray Whistenant.**

**SC328.**

Supreme Court of Alabama.

May 17, 1973.

Donald W. Stewart, Anniston, for petitioner.

HARWOOD, Justice.

Petition of Hugh Gray Whistenant for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Whistenant v. State, 50 Ala.App. 182, 278 So.2d 183.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and FAULKNER, JJ., concur.

277 So.2d 427

**In re Gene Dillard WILKERSON**

**v.**

**STATE.**

**Ex parte Gene Dillard Wilkerson.**

**SC 292.**

Supreme Court of Alabama.

April 5, 1973.

Rehearing Denied May 24, 1973.

Warren L. Finch, Mobile, for petitioner.

No brief for the State.

COLEMAN, Justice.

Petition of Gene Dillard Wilkerson for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Wilkerson v. State, 50 Ala.App. 150, 277 So.2d 423.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, McCALL and JONES, JJ., concur.